# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Vidal Gastelum Castro,<br>a.k.a.: Rene Guzman-Chavez,<br>(A079 216 738)<br>*Defendant* | Case No. 17-7556MJ |

DOA 11/5/17

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of November 5, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), a felony, and Title 8, U.S.C. § 1325(a)(2) a class B misdemeanor, an offense described as follows:

**See Attachment A Incorporated By Reference Herein**

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: *CEB* Charles E. Bailey, P.S. for AUSA Jennifer Levinson

☒ Continued on the attached sheet.

*Complainant's signature*
Gilbert Longoria,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 7, 2017

*Judge's signature*

Bridget S. Bade,
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## ATTACHMENT A

### Count 1

On November 5, 2017, Vidal Gastelum Castro, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about October 7, 2008, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

### Count 2

On November 5, 2017, at or near Phoenix, in the District of Arizona, Vidal Gastelum Castro, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2), a class B misdemeanor.

## STATEMENT OF PROBABLE CAUSE

I, Gilbert Longoria, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On November 5, 2017, Vidal Gastelum Castro was booked into the Maricopa County Jail (MCJ) by the Arizona Department of Public Safety on local charges. While incarcerated at the MCJ, Gastelum Castro was examined by ICE Officer Gloster who determined him to be a citizen of Mexico, illegally present in the United States. On that same date, an immigration detainer was lodged with the MCJ. On November 5, 2017, Gastelum Castro was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Gastelum Castro was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Vidal Gastelum Castro to be a citizen of Mexico and a previously deported criminal alien. Gastelum Castro was removed from the United States to Mexico at or near Nogales, Arizona, on or about October 7, 2008, pursuant to the reinstatement of a removal order issued by an immigration official. There is no record of Gastelum Castro in any Department of Homeland Security

2

database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Gastelum Castro's immigration history was matched to him by electronic fingerprint comparison.

4. Furthermore, there is no record of Vidal Gastelum Castro in any Department of Homeland Security database to suggest that after his last removal from the United States he entered into the United States at an official Port of Entry. Had Gastelum Castro presented himself at a Port of Entry, Department of Homeland Security records likely would reveal that information. Accordingly, your affiant believes that Gastelum Castro entered the United States at a location not designated as an official Port of Entry, and thereby eluded examination and inspection by Immigration Officers of the United States. Gastelum Castro's immigration history was matched to him by electronic fingerprint comparison.

5. On November 5, 2017, Vidal Gastelum Castro was advised of his constitutional rights. Gastelum Castro freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about November 5, 2017, Vidal Gastelum Castro, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about October 7, 2008, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply

for admission thereto; in violation of Title 8, United States Code, Section 1326(a) and on November 5, 2017, at or near Phoenix, in the District of Arizona, Vidal Gastelum Castro, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2).

_____
Gilbert Longoria,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 7th day of November, 2017.

_____
Bridget S. Bade,
United States Magistrate Judge